UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HECTOR JULIO MEREJILDO, Petitioner, | : | CIV. NO. 2003:03CV247 (JBA) |
| v. | : | |
| JOHN ASHCROFT, Attorney General of the United States, Respondent. | : | OCTOBER 1, 2003 |

## MOTION TO DISMISS

The respondent hereby moves to dismiss the subject petition for writ of mandamus as moot. On September 29, 2003, petitioner was removed to the Dominican Republic.

For this reason, the petition should be dismissed.[1]

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510
(203) 821-3700
FEDERAL BAR NO. ct20813

---

[1] The respondent requests that it be relieved from the service requirements of Fed.R.Civ.P. 5(a) as petitioner's forwarding address in the Dominican Republic is unknown.

---

*Margin annotations:*

Janet Bond Arterton, U.S.D.J.

FILED OCT 15 11:47 AM '03 U.S. DISTRICT COURT NEW HAVEN, CONN.

10/07/03: Motion GRANTED. The Clerk is directed to close this case.
IT IS SO ORDERED.
Dated at New Haven, Connecticut.