UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 21  12 46 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

HECTOR JULIO MEREJILDO
   Petitioner
   v.                                      :     CIVIL NO. 3:03CV247 (JBA)

JOHN ASHCROFT,                  :
  ATTORNEY GENERAL
   Respondents

## JUDGMENT

This cause came on for consideration on the petitioner's Petition for Writ of Mandamus and government's motion to dismiss before the Honorable Janet Bond Arterton, United States District Judge.

The Court has considered all of the papers filed in this action and on October 15, 2003, a Endorsement Order entered granting, the motion to dismiss, as petitioner has been removed to the Dominican Republic.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the petitioner's petition for writ of mandamus is denied as moot and this case is closed.

Dated at New Haven, Connecticut, this 21th day of October, 2003.

KEVIN F. ROWE, CLERK

Betty J. Torday
Deputy Clerk

EOD_____